IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 93-00142 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court on the petitioner's "Request to Preserve His Booker [sic] Pursuant to Fed. R. Civ. P. § 2255(6)(3)." (Doc. 195).[1] The petitioner elsewhere describes his pleading as a "Motion to Preserve his Booker claim." (*Id*. at 7). The petitioner denies that his pleading constitutes a motion to vacate pursuant to Section 2255, insisting that he "is only preserving his Booker claim before the deadline expires." (*Id*. at 6).

According to *Dodd v. United States*, 125 S. Ct. 2478 (2005), the one-year limitations period of Section 2255, paragraph 6, subsection 3 begins to run on the date on which the Supreme Court initially recognizes the right asserted by the petitioner. *Id*. at 2482. *Dodd* explains that Section 2255 requires, in order for a second or successive motion to vacate to be timely, that the petitioner file his motion within one year of the Supreme Court's initial recognition of a right *and* that the Supreme Court have made that right retroactively applicable to cases on collateral review within one year of its decision recognizing the right. *Id*. at 2482-83.

The petitioner has pursued a previous motion to vacate. (Docs. 157, 167, 180). Therefore, he cannot take advantage of *Booker* unless, by January 12, 2006: (1) he filed a motion to vacate; and (2) the Supreme Court declared the rights recognized in *Booker* to be retroactive to cases on collateral review. Neither of these events occurred. Because the petitioner therefore does not have, and can never have, a claim under *Booker*, his motion to preserve a *Booker* claim is **denied**.

---

[1] *United States v. Booker*, 543 U.S. 220 (2005). *Booker* was decided on January 12, 2005.

DONE and ORDERED this 18th day of January, 2006.

s/ WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE